# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3623

_____

| | | |
|---|---|---|
| Foremost Insurance Group, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Randy Gene Lloyd; Randall Clay | * | Appeal from the United States |
| Lloyd, a Minor, by and through his | * | District Court for the |
| Natural Guardian, Randy Gene Lloyd, | * | Eastern District of Arkansas. |
| | * | |
| Defendants, | * | [UNPUBLISHED] |
| | * | |
| April Gardner, a Minor, by and through | * | |
| her Natural Guardian, Billy Gardner; | * | |
| Estate of Barbara Gardner, Deceased, | * | |
| | * | |
| Appellants. | * | |

_____

Submitted: June 18, 1999
Filed: July 1, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
Judges.

_____

PER CURIAM.

April Gardner (through her guardian) and the Estate of Barbara Gardner appeal
from the entry of judgment for Foremost Insurance Group in its declaratory judgment

action against appellants and others.  For reversal, appellants argue the district court[1] erred in concluding that the suit involved a sufficient amount in controversy to support federal diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Upon de novo review, see General Elec. Capital Corp. v. Grossman, 991 F.2d 1376, 1380 (8th Cir. 1993), we agree with the district court that it does not appear to a legal certainty that less than the jurisdictional amount was in controversy, see Missouri v. Western Sur. Co., 51 F.3d 170, 173 (8th Cir. 1995).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas.